| | | |
|---|---|---|
| | AUSA: Barbara Lanning | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Brandon J. Brett, ATF | Telephone: (313) 573-0621 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Dion Davis

Case No.  2:21-mj-30341
Judge: Unassigned,
Filed: 07-08-2021

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 11, 2021 & April 30, 2021___ in the county of ___Wayne___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (o) | Illegal Possession of Machine Guns; |
| 18 U.S.C. § 922(g)(3) | Unlawful User of a Controlled Substance in Possession of a |
| 18 U.S.C. § 922(n) | Firearm/Ammunition & Illegal Receipt of a Firearm by a Person under Indictment |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon J. Brett, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 8, 2021__

City and state: __Detroit, Michigan__

_____
*Judge's signature*

Hon. Patricia T. Morris, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brett J. Brandon, being first duly sworn, hereby state:

1.     I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, assigned to the Detroit Field Division since July 2013. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and/or participated in numerous criminal investigations involving the illegal possession, use, and sale of firearms, drug trafficking violations, and criminal street gangs.

2.     I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

3.     ATF is currently conducting a criminal investigation concerning DION DUSHAN DAVIS JR. (B/M; DOB: XX/XX/2002) for various federal firearm violations, including 18 U.S.C. § 922(o) (Illegal Possession of Machine Guns), 18 U.S.C. § 922(g)(3) (Unlawful User of a Controlled Substance in

Possession of a Firearm/Ammunition), and 18 U.S.C. § 922(n) (Illegal Receipt of a Firearm by a Person under Indictment).

## PROBABLE CAUSE

### Summary

4.      On March 7, 2021, Davis shot "TW" multiple times at an Exxon gas station in Detroit, Michigan. Davis used a firearm and .45 caliber ammunition to shoot and injure TW. After firing shots at TW, a cartridge casing bearing the head stamp "S&B 45 AUTO" was ejected from the firearm and left at the scene, which was later recovered by law enforcement officers.

5.      On January 11, 2021, Davis posted pictures of himself brandishing an Intratec Tec-9, 9mm firearm on Instagram. Later, on February 9, 2021, Davis advertised the same Intratec Tec-9, 9mm pistol as a fully automatic weapon while he was arranging to trade it for a different firearm over Instagram direct messaging.

6.      On April 14, 2021, Davis posted a video story to Instagram depicting himself picking up and holding five guns—three Glock pistols and two AR-style firearms—inside a parked vehicle.

7.      On April 25, 2021, Davis live-streamed an Instagram video of himself brandishing a Glock pistol equipped with a red laser sight and a "switch" that made the firearm fully automatic. On April 30, 2021, federal agents recovered the same

-2-

fully automatic Glock pistol with the red laser sight from a house occupied by Davis during the execution of a search warrant.

8.     As outlined in more detail below, Davis is an unlawful user of controlled substances and is therefore prohibited from possessing firearms. Accordingly, there is probable cause the conclude that federal law prohibited Davis from possessing the seven firearms described above.

9.     Davis has been "under indictment" since he was arraigned on a warrant for felony Fleeing and Eluding in the Third Degree on June 25, 2020. Because the firearm Davis possessed on April 30, 2021 was sold into commerce on January 5, 2021—while Davis was under indictment—there is probable cause to believe he received a firearm while under indictment.

10.     Because Davis possessed two firearms that shoot automatically more than one shot, without manual reloading, by a single function of the trigger, between January 11, 2021 and April 30, 2021, there is probable cause to believe Davis illegally possessed machine guns.

**Davis shot Victim "TW" on March 7, 2021**

11.     Detroit Police Department personnel consulted with ATF regarding a March 7, 2021 non-fatal shooting of victim TW at the Exxon gas station on Mack Avenue in Detroit, Michigan committed by Davis. Gas station surveillance video captured the shooting.

-3-

12.     The video shows TW arrive at the gas station at approximately 5:06 p.m. driving a silver 2011 Chrysler 300, park at a gas pump, and enter the gas station. At approximately 5:07:27 pm, a white 2020 Jaguar F-Pace arrives and parks at Pump 2 (facing the gas station). A person later identified as Johnny Latrell Jordan Jackson gets out of the Jaguar and looks towards the gas station as TW exits the station. Jackson then walks to the back of the Jaguar and retrieves a black pistol from his waistband. As Jackson drew his pistol, TW reached toward his waistband and retrieved what appears to be a black pistol. The front passenger of the Jaguar—later identified as Davis—then began to fire shots through the front windshield. The video shows bullet holes appear and smoke coming from the front windshield of the Jaguar. *See* Image 12a:



*Image 12a*

13.    Davis fired multiple shots at TW. Davis—wearing a red puffy jacket, a black hooded sweatshirt with white cursive writing on the hood, dark pants, and white shoes—exited the front passenger seat before he and Jackson quickly re-entered the Jaguar and departed. *See* Image 13a:



**Image 13a**

14.    Evidence technicians recovered one .45 caliber fired cartridge casing bearing the head stamp "S&B 45 AUTO" from next to pump 2, near where Davis exited the Jaguar. There is no evidence that anyone other than Davis discharged a firearm.

15.    DPD officers located TW at Henry Ford Hospital being treated for gunshot wounds to the top of his head and right hip. Detectives later interviewed

TW. TW identified the shooter as "Dion," whom TW has known for approximately three years. TW identified Instagram User ID "56ongo" as "Dion."

16.     I subsequently reviewed the Instagram Account associated with Instagram User ID "56ongo," including "stories" (short videos or images that can be posted to an Instagram user's account and displayed publicly or to the user's followers in a private account), and other images and videos posted by "56ongo." I reviewed a Detroit Police Department booking photograph of Davis dated August 1, 2020 and identified Davis as the individual held out as the Instagram user in the images and videos on the "56ongo" account.

17.     On March 7, 2021—the same day as the gas station shooting—Instagram User ID "56ongo" posted nine images. I recognized Davis wearing what appeared to be the same red puffy jacket, black hooded sweatshirt with white cursive writing on the hood, dark pants, and white shoes from the gas station surveillance video. In two of the nine images, Davis is standing near Jackson, who is wearing the same clothing as in the surveillance video from the shooting. Images 17a and 17b are a side-by side comparison of Davis' clothing. Image 17c is a photo of Davis and Jackson from the March 7 post.



*Image 17a*



*Image 17b*



*Image 17c*

18.     On April 19, 2021, I contacted ATF Interstate Nexus Expert, Special Agent Michael Jacobs and provided an image of the .45 caliber fired cartridge casing bearing the head stamp "S&B 45 AUTO" recovered by the Detroit Police Department during the March 7, 2021 shooting. Special Agent Jacobs advised the fired cartridge case is ammunition as defined under 18 U.S.C. § 921 and manufactured outside of the state of Michigan, and therefore has traveled in and affected interstate commerce.

**Davis possessed a fully automatic Tech-9 handgun on February 9, 2021**

19.     In March of 2021, law enforcement officers obtained, via court order, information associated with Instagram User ID "56ongo." I subsequently reviewed a copy of the Instagram return.

20.     On January 11, 2021, Davis—using Instagram User ID "56ongo"— posted to his "story" a photo of himself holding an Intratec Tec-9, 9 mm pistol with a gold colored slide. An Instagram "story" is a short video or image that can be posted to an Instagram user's account and displayed publicly or to the user's followers in a private account. Stories are available for 24 hours. *See* Image 20a:



*Image 20a*

21.     The "56ongo" Instagram return also contained several "direct message" conversations (internal private messages) between Davis and other Instagram users. In a conversation on February 9, 2020, Davis sent a message to another Instagram user asking "wanna trade yo Glock for a fully Tech" accompanied by Image 21a.



*Image 21a*

22.    Based on training and experience, I believe that when Davis references a "fully Tech" he is referring to the fact that the Tec-9 pistol in his possession has been modified from a semiautomatic pistol to one that fires from a closed bolt to a machinegun that fires from an open bolt with a fixed firing pin. In other words, the Tec-9 has been modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

23.    Based on training and experience, I know there are instruction manuals—available online—with step-by-step instructions on how to convert Tec-9 firearms into machine guns. I also know that Tec-9 firearms are commonly and easily converted into machine guns.

-10-

**Davis possessed five firearms on April 14, 2021**

24.     On April 14, 2021, Davis—using Instagram User ID "56ongo"—posted a video to his story. In the video, Davis—identifiable by the tattoos on his left hand—is sitting in the passenger seat of a vehicle and shows the camera five different firearms: three Glock handguns and two AR-style firearms, one of which is equipped with what appear to be two hundred-round drums. Images 24a-24e are screenshots from the April 14, 2021 video.



*Image 24a*          *Image 24b*          *Image 24c*

-11-

 

*Image 24d*          *Image 24e*

25.     I identified the three firearms in Images 24a-24c as Glocks based on their markings and the following characteristics consistent with Glock pistols: the shape of the trigger guard, the shape of the slide, and the unique shape of the floor plate of the extended magazine inserted into the firearm. I am extremely familiar with Glock pistols as I have seized and investigated dozens of Glock firearms and have also carried Glock pistols in the performance of my official duties for nearly eight (8) years.

26.     I am aware that Glock firearms are not manufactured inside the state of Michigan. Therefore, the Glock firearms Davis possessed on April 14, 2021 (in the above-described video) and April 30, 2021 (during the execution of the federal

-12-

search warrant) were necessarily manufactured outside of the state of Michigan, and therefore have traveled in and affected interstate commerce.

**Davis possessed a fully automatic Glock between April 25 and April 30, 2021**

27. Title 18, United States Code, Section 922(o) prohibits the possession of a machinegun manufactured after May 19, 1986. An individual can affix a Glock conversion device to a Glock pistol to make the pistol shoot automatically and function as a machinegun. Pursuant to 18 U.S.C. § 921(a)(23), the term "machinegun" has the meaning given such term in section 5845(b) of the National Firearms Act (NFA) (26 U.S.C. § 5845(b)). Under the NFA, the term "machinegun" means "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person." 26 U.S.C. § 5845(b). A Glock conversion device – commonly referred to as "Glock Switch" or "Glock Auto Sear" – is a part, or combination of parts, designed and intended for use in converting a semiautomatic Glock pistol into a weapon that shoots automatically more than one shot, without manual

-13-

reloading, by a single function of the trigger machinegun; therefore, it is a "machinegun." Further, ATF is not aware of any Glock conversion devices that were developed before May 19, 1986. As such, Glock conversion devices are considered post-1986 machineguns.

28.    On April 25, 2021, at approximately 4:31 p.m., Instagram User ID "56ongo" started a "live" video (a video streamed in real time via Instagram). In the video, shot with a self-facing camera, Davis was wearing what appeared to be green body armor and brandishing what appeared to be two Glock pistols with aftermarket lights affixed. The pistol in Davis' left hand had a red aftermarket laser affixed to the rail, an extended magazine inserted, as well as what appeared to be a Glock conversion device affixed to the rear of the slide. *See* Image 28a:



*Image 28a*

The red aftermarket laser had several distinct features: a white sticker with a black rectangle filled with a red image inside and another red image next to it, a rectangular attachment piece with two holes attached to the light rail, and a cylinder shaped laser which protruded in front of the barrel of the pistol. *See* Image 28b:



***Image 28b***

29.     On April 30, 2021, members of the Violent Gang Task Force executed a federal search warrant at a residence on Colorado Avenue in Highland Park,

Michigan. During the entry, the law enforcement personnel encountered Davis inside the residence. During the search, law enforcement recovered a Glock pistol bearing serial number "BRYX999" with a red aftermarket laser affixed to the rail, an extended magazine inserted, as well as what appeared to be a Glock conversion device affixed to the rear of the slide. *See* Image 29a:



*Image 29a*

The unique characteristics of the Glock recovered during the execution of the search warrant match those of the firearm possessed by Davis in the Instagram

Live video. In other words, I believe the Glock recovered during the April 30 search to be the same firearm possessed by Davis in the video on April 25.

30. According to the ATF National Tracing Center, the recovered Glock was first sold into commerce to a purchaser (not Davis) on January 5, 2021.

**Davis is an unlawful user of controlled substances**

31. The "56ongo" Instagram return also contains several "direct message" conversations regarding Davis' purchase, possession, and use of controlled substances, namely "Percocet" (brand name for Oxycodone/Paracetamol) and marijuana. The following are a summary of some of those conversations:

    a. On December 18, 2020, Instagram User ID "56ongo" participated in a direct message conversation with Instagram User ID "heavykhexk." Instagram User ID "heavykhexk" sent, "Come get high you got whip [car]"? Instagram User ID "56ongo" replied, "Yeah." Instagram User ID "heavykhexk" responded, "Pull up on me…I'm like 15 min away from you [xxx] walnut river rouge." Instagram User ID "56ongo" replied, "Give me 30 mins no more then that." Instagram User ID "heavykhexk" responded, "It's on."

    b. On December 18, 2020, Instagram User ID "56ongo" participated in a direct message conversation with Instagram User ID "700cal_".

Instagram User ID "56ongo" sent, "No faking brotha they don't get high as us."

c.  On January 13, 2021, Instagram User ID "56ongo" participated in a direct message conversation with Instagram User ID "lblock.co". Instagram User ID "56ongo" sent, "You know somebody with some weed that a pull up?"

d.  On January 19, 2021, Instagram User ID "56ongo" participated in a direct message conversation with Instagram User ID "naebands__". Instagram User ID "56ongo" sent, "You grabbing some percs (Percocet) or drank before we dip  ?".  Instagram User ID "naebands__" replied, "I got 3 erks [percs] hell na I wasn't fr (for real)…You was trying to"?  Instagram User ID "56ongo" responded, "I just wanted 2 percs fr that's it."  Instagram User ID "naebands__" replied, "I got 1 fa you [unknown emojis]. When we out dere [there] gonehave to get some if I go buy kut shid I'll grab one…I'm really bomin west to hit girl shop I was gone have you grab me from there." Instagram User ID "56ongo" responded, "Bet".

e.  On February 13, 2021, Instagram User ID "56ongo" participated in a direct message conversation with Instagram User ID "rip_mama__". Instagram User ID "56ongo" sent, "Been kalling [calling] you or pills

-18-

and weed that fluke ass number you gave me". Instagram User ID "rip_mama__" replied, "At the Wow…Bitch Took My Phone…[unknown emojies]". Instagram User ID "56ongo" responded, "Ohh okay bet finna pullup". Instagram User ID "rip_mama__" replied, "Alr…[unknown emojis] Love You Brotha Blown Down On Me When You Bome Out We Kan Get Big High."

    f. On March 7, 2021, Instagram User ID "56ongo" participated in a direct message conversation with Instagram User ID "breaunna.j". Instagram User ID "56ongo" sent, "Nah I'm playing wyd (what you doing)"? Instagram User ID "breaunna.j" replied, "Getting high"..wyd gang"? Instagram User ID "56ongo" replied, "Same shit who you with."

32. Instagram User ID "56ongo" also posted several stories depicting his use of controlled substances. Including the following:

    a. On January 21, 2021, Instagram User ID "56ongo" posted a short video story of an individual—presumably Davis—in the back of a vehicle, smoking what appears to be a marijuana blunt with the caption "you know I get high in the Uber." *See* Image 32a:

-19-



*Image 32a*

b.  On April 20, 2021, Instagram User ID "56ongo" posted a photo to his story of a bottle of Promethazine with Codeine and pink liquid in a cup that appears to be "lean." Lean is a liquid drink mixed with codeine and other ingredients. *See* Image 32b:



*Image 32b*

-20-

c. Also on April 20, 2021, Instagram User ID "56ongo" posted a short video to his story depicting a bag of what appears to be marijuana with the caption "RIGHTTTTTT." Image 32c is a screenshot from the video story.



*Image 32c*

33. Beginning on April 14, 2021, I began monitoring Instagram User ID "56ongo" in real-time. In the video "56ongo" posted to his story on April 14, 2021—discussed supra in paragraph 24—there is a knotted baggie containing what appears to be narcotics in addition to the five firearms. *See* Image 33a.

-21-



*Image 33a*

34.     On April 18, 2021 at 1:28 pm, Instagram User ID "56ongo" started an

Instagram live video. In the video, Davis, who is seated in the driver's seat of a

vehicle, pans the camera toward a Sunoco gas station and then towards the street

signs for Van Dyke Avenue and Gratiot Avenue. I queried Google Maps and

confirmed there is a Sunoco gas station located at the corner of Van Dyke Avenue

and Gratiot Avenue in Detroit, Michigan. Davis then films himself holding and

-22-

lighting what appears to be a marijuana blunt. Image 34a is a screenshot of the live video:



*Image 34a*

## Davis has been "Under Indictment" since June 25, 2020

35.    On May 20, 2020, Davis was charged out of the 3rd Circuit Court, Wayne County, with Fleeing and Eluding—Third Degree, a crime punishable by a term of imprisonment for more than one year.

36.    On June 25, 2020, Davis was brought to the 36th District Court and arraigned on the Fleeing and Eluding charge. At the time he was arraigned, according to the register of actions, Davis was given a personal bond with GPS tether, and was ordered not to possess weapons, not to drink, and not to drive.

-23-

37.     The fleeing and eluding case is currently pending before the Honorable Bridget Hathaway of the Wayne County 3rd Circuit Court in case 21-003804-01-FH.

38.     The Glock firearm with the red aftermarket light Davis possessed on April 25, 2021 and April 30, 2021 was sold into commerce on January 5, 2021. Because Davis has been under indictment in state court on a felony Fleeing and Eluding charge since June 25, 2020, he would have necessarily received that firearm while under indictment.

## CONCLUSION

39.     Based on the facts stated herein, there is probable cause to believe that DION DUSHAN DAVIS JR:

   a. knowing that he was an unlawful user of controlled substances, knowingly possessed ammunition, that is a .45 caliber fired cartridge case, on or about March 7, 2021, in the Eastern District of Michigan, said ammunition having travelled in interstate commerce, in violation of 18 U.S.C. § 922(g)(3) – Unlawful User of a Controlled Substance in Possession of Ammunition; and

   b. knowing that he was an unlawful user of controlled substances, knowingly possessed firearms, including:

      i.  an Intratec Tec-9, 9 mm pistol on February 9, 2021;

-24-

    ii.  three Glock pistols on April 14, 2021;

    iii.  and a Glock pistol with red aftermarket laser on April 30, 2021;

in the Eastern District of Michigan, said firearms having travelled in interstate commerce, in violation of 18 U.S.C. § 922(g)(3) – Unlawful User of a Controlled Substance in Possession of a Firearm; and

c.  knowing that he was a person under indictment willfully received a Glock pistol bearing serial number "BRYX999" affixed with a red aftermarket laser, a firearm having affected interstate commerce, in the Eastern District of Michigan, on or about April 30, 2021, in violation of  18 U.S.C. § 922(n) – Receipt of a Firearm by a Person Under Indictment; and

d.  knowingly possessed a Glock firearm equipped with a conversion device on April 30, 2021, in the Eastern District of Michigan; and a fully automatic Intratec Tec-9, 9 mm pistol, on or about January 11, 2021, in the Eastern District of Michigan, both in violation of 18 U.S.C. § 922(o) (Illegal Possession of Machine Guns).

Respectfully submitted,

_____

Brett J. Brandon
ATF Special Agent

-25-

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Patricia T. Morris
United States Magistrate Judge

Dated: July 8, 2021